# Court of Appeals
# of the State of Georgia

ATLANTA,____May 18, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0369.  BRIAN SUTHERLIN v. MARIA SUTHERLIN.**

Maria Sutherlin filed a motion for contempt, alleging that her ex-husband Brian Sutherlin failed to comply with the parties' divorce decree provisions regarding his responsibility to pay various obligations. The trial court held Brian Sutherlin in contempt, and he then filed this application for discretionary appeal.  Jurisdiction, however, appears to lie in the Supreme Court.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.'" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004) (citations omitted); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because this case appears to fall within the Supreme Court's jurisdiction, it is hereby TRANSFERRED to that Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/18/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*